## (January 24, 1983)

■ In the Matter of HOWARD DRESSMAN, Appellant, v UNEMPLOYMENT INSURANCE APPEAL BOARD, Respondent. — Motion to dismiss appeal granted, without costs. Inasmuch as the board's decision was rendered in its administrative capacity rather than its appellate capacity, a direct appeal to this court, pursuant to section 624 of the Labor Law, does not lie. Mahoney, P. J., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.